UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　　　　　Defendant. | Case No. C24-5128 DGE<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR MAY 17, 2024 |

On March 8, 2024, plaintiffs filed Motions for Leave to Proceed In Forma Pauperis ("IFP") (Dkt. 7, 8), with respect to their proposed complaint (Dkt. 5). On April 1, 2024, the Court ordered plaintiffs to show cause why their complaint should not be dismissed for failure to state a claim. Dkt. 9. The deadline for plaintiffs' response to the order to show cause was set for April 19, 2024. Plaintiffs have not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court DENY plaintiffs' IFP motions and DISMISS the complaint without prejudice for failure to prosecute.

Plaintiffs have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time

REPORT AND RECOMMENDATION - 1

1 limitation, this matter shall be set for consideration on **May 17, 2024**, as noted in the
2 caption.

4 Dated this 29th day of April, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR MAY 17, 2024 - 2