UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>Defendant. | CASE NO. 3:24-cv-05128-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 10) |

On April 29, 2024, Magistrate Judge Theresa Fricke prepared a Report and Recommendation (Dkt. No. 10) regarding Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) and the April 1, 2024 show cause order (Dkt. No. 9). Neither party filed objections to the Report and Recommendation.

Having reviewed the record de novo, the Court **ADOPTS** the Report and Recommendation in full. The Court **DENIES** Plaintiff's application to proceed *in forma pauperis* and **DISMISSES** this matter without prejudice for failure of the Plaintiff to prosecute.

It is so ordered.

Dated this 22nd day of May 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 10) - 1